1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California  93721
4 | Telephone:  (559) 497-4000



FILED

FEB 2 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )     5:11mj5 JLT
                                 )
            Plaintiff,           )     ORDER TO UNSEAL ARREST WARRANT
        v.                       )     AND CRIMINAL COMPLAINT
                                 )
JEFFREY LEE GENTRY,              )
                                 )
            Defendant.           )
_____)

     Having considered the United States of America's application

to unseal the Criminal Complaint and Arrest Warrant in this

matter,

     IT IS HEREBY ORDERED THEREFORE that the Criminal Complaint

and Arrest Warrant shall be UNSEALED.

DATED: February 23 2011

SHEILA K. OBERTO
U.S. Magistrate Judge

1