```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,   ) 1:11-cr-094 LJO
11                              )
                  Plaintiff,    ) STIPULATION AND ORDER THEREON
12                              ) FOR CONTINUANCE
                  v.            )
13                              )
    JEFFERY LEE GENTRY,         )
14                              )
                  Defendants.   )
15  _____)
```

16      Defendant JEFFERY LEE GENTRY by and through his attorney,

17 JEREMY KROGER, and the United States of America, by and through

18 its attorneys, BENJAMIN B. WAGNER, United States Attorney, and

19 KAREN A. ESCOBAR, Assistant United States Attorney, hereby

20 stipulate that Status Conference set for May 13, 2011, be

21 continued to May 27, 2011, at 9:00 a.m. due to the unavailability

22 of counsel for the government, who is on medical leave following

23 knee replacement surgery.

24      The parties agree that the delay resulting from the

25 continuance shall be excluded in the interests of justice herein

26 for effective defense preparation and continued investigation,

27 case resolution, availability of government's counsel, and the

28 filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

1  (B)(iv).

3  Dated: May 11, 2011                    Respectfully submitted,

4                                         BENJAMIN B. WAGNER
                                          United States Attorney

6                                   By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
7                                         Assistant U.S. Attorney

8  Dated: May 11, 2011                    /s/ Jeremy Kroger
                                          JEREMY KROGER
9                                         Attorney for Defendant
                                          JEFFERY LEE GENTRY

**O R D E R**

The status conference currently set in this matter for May 13 shall be continued to May 27, 2011, at 9:00 a.m.

THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   May 11, 2011**                     /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE