BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-094 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE |
| v. ) | |
| ) | |
| JEFFERY LEE GENTRY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant JEFFERY LEE GENTRY by and through his attorney, JEREMY KROGER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the deadline for the government's response to the defendant's motion to dismiss shall be continued from June 27, 2011, to July 1, 2011, to accommodate the work schedule of the government's attorney.

Dated: June 27, 2011               Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                               By: /s/ Karen A. Escobar
                                   KAREN A. ESCOBAR
                                   Assistant U.S. Attorney

```
Dated: June 27, 2011            /s/ Jeremy Kroger
                                JEREMY KROGER
                                Attorney for Defendant
                                JEFFERY LEE GENTRY
```

**O R D E R**

```
     IT IS THE ORDER OF THE COURT THAT the deadline for the
government's response to the defendant's motion to dismiss the
indictment shall be continued from June 27, 2011, to July 1,
2011.
```

IT IS SO ORDERED.

**Dated:   June 27, 2011**                         **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE