# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America<br>vs.<br>Jeffrey Lee Gentry | Case No. 1:11CR00094-1 |

**FILED**
SEP 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Jeffrey Lee Gentry____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: You shall submit to drug and/or alcohol testing and pay for costs as directed by the Pretrial Services Officer;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jeff Gentry_  9-14-11          _[signature]_  09/14/2011
Signature of Defendant    Date          Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                              9/20/11
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                              9/16/11
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on    9/20/11
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                              9/20/11
Signature of Judicial Officer    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services