```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00094 LJO |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| JEFFREY LEE GENTRY, | ) | |
| Defendant. | ) | |

Based upon the entry of plea and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Jeffrey Lee Gentry it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461, defendant Jeffrey Lee Gentry's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. A Class IIIb Laser seized from Jeffrey Lee Gentry by law enforcement on November 6, 2010.

2. The above-listed asset constitutes property acquired or maintained by the defendant with the intent and for the purpose

1  of supporting, planning, conducting, or concealing any Federal
2  crime of terrorism (as defined in section 2332b(g)(5)) against
3  the United States, citizens or residents of the United States, or
4  their property in violation of 18 U.S.C. § 32(a)(5) and (a)(8).
5       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the
8  United States Marshals Service in its secure custody and control.
9       4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21
10 U.S.C. § 853(n), and Local Rule 171, the United States shall
11 publish notice of the order of forfeiture.  Notice of this Order
12 and notice of the Attorney General's (or a designee's) intent to
13 dispose of the property in such manner as the Attorney General
14 may direct shall be posted for at least 30 consecutive days on
15 the official internet government forfeiture site
16 www.forfeiture.gov.  The United States may also, to the extent
17 practicable, provide direct written notice to any person known to
18 have alleged an interest in the property that is the subject of
19 the order of forfeiture as a substitute for published notice as
20 to those persons so notified.
21       b.   This notice shall state that any person, other
22 than the defendants, asserting a legal interest in the above-
23 listed property, must file a petition with the Court within sixty
24 (60) days from the first day of publication of the Notice of
25 Forfeiture posted on the official government forfeiture site, or
26 within thirty (30) days from receipt of direct written notice,
27 whichever is earlier.
28      5.   If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461, in which all interests will be addressed.

IT IS SO ORDERED.

     **Dated:   September 26, 2011          /s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE